UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 2 5 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE MATTER OF                )
THE EXTRADITION OF              )
SHAWN ABRAHAM SHAW,             )
AKA SHAWN ABRAHAM               )   Misc. No. 14 MC 81475 WM
TO THAILAND                     )
                                )
_____ )

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. §3184)[1]

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the Government of the Kingdom of Thailand (the "Requesting State").

2. In preparing this complaint, I have reviewed a request from Thailand for a provisional arrest warrant for Shawn Abraham Shaw ("SHAW"), also known as Shawn Abraham; a color photograph of SHAW; the provisions of the Criminal Code of Thailand which SHAW is alleged to have violated, namely, related to the deprivation of the liberty of the person, unlawful detention, extortion, and robbery; the arrest warrant issued by Thai authorities on October 30, 2014, in connection with this matter, and the treaty of extradition described below, which governs extradition between the United States and Thailand.

---

[1] Title 18, United States Code, Section 3184 provides that "[w]henever there is a treaty or convention for extradition between the United States and any foreign government . . . , any justice or judge of the United States, may upon complaint made under oath, charging any person found within his jurisdiction, with having committed within the

3. There is an Extradition Treaty, as amended by Protocols, in force between the United States and the Kingdom of Thailand, TIAS, 43 Stat. 1749.

4. The Treaty provides in Article 10 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

5. In accordance with Article 10 of the Treaty, the Government of the Kingdom of Thailand has asked the United States for the provisional arrest of Shawn Abraham Shaw with a view towards his extradition.

6. According to the information provided by the Requesting State, on October 30, 2014, the Phuket Provincial Court issued a warrant of arrest against Shaw, no. 799/2557.

7. According to the provisional arrest request from Thailand, the warrant was issued based on the following facts: Mr. "A.M.A", an American citizen ("the accuser"), is a businessman from Las Vegas, Nevada, who owns property in Thailand located in Kamala, Phuket, and occasionally traveled there. Before the incident, the accuser had met SHAW at a gym in the United States and both were friends. On December 11, 2013, SHAW arrived at the Phuket Airport and called the accuser, informing him that he could not find a place to stay and asked whether he could stay with the accuser. The accuser agreed and allowed him to stay at his residence in Kamala. On December 13, 2013, both the accuser and SHAW went to a bar in the Patong Beach area where the accuser ordered a soft drink, while SHAW ordered a cocktail. After the accuser excused himself to go to the restroom and 10-15 minutes had passed, the accuser felt like he was going to faint and became very sleepy without any warning. The accuser then asked SHAW to take him home. However, once getting in the car, SHAW drove from the bar past the

---

jurisdiction of any such foreign government any of the crimes provided for by such treaty or convention . . ., issue

direction of the accuser's home and eventually parked the car. SHAW then tied the neck and wrists of the accuser who felt really weak and could not resist. SHAW then brought the accuser to the house SHAW had rented, located at no. ll0/18, village no 3, Kamala Sub-district. SHAW then dragged the accuser from the car into the house. After that, SHAW chained the accuser on his ankles, tied up both wrists, and duct-taped his mouth to keep him silent. The accuser was then forced to lie down on the floor besides the bed until the morning of the following day. Once the accuser woke up, SHAW threatened that he would punch him and commit bodily harm to the accuser until he killed him, if he did not pay SHAW USD $3 million. SHAW also threatened that he would harm and kill the accuser's family members. SHAW then forced the accuser to write down the address of his mother and his relatives. SHAW also forced the accuser to call his secretary in the U.S., telling her that he was fine. The accuser negotiated the amount with SHAW for USD $2 million and then arranged for this money to be paid to SHAW once the accuser got back home to the United States. SHAW detained the accuser until the morning of December 15, 2013. SHAW finally released the accuser but took 30,000 Thai baht (THB) (around USD $1,000) in cash from the accuser's wallet. SHAW then threatened that the accuser must comply with what they mutually agreed. SHAW then removed all of the plastic strips tied to the accuser's neck and wrist, and unchained his legs, and the accuser was then allowed to go back to his home in Phuket. On December 18, 2013, SHAW left Thailand through the Phuket International Airport.

7.  On January 24, 2014, the accuser lodged a complaint to the proper Thai inquiry official. The inquiry official investigated and took statements of the witnesses, and then requested the

---

his warrant for apprehension of the person so charged."

issuance of an arrest warrant from the Phuket Provincial Court. On October 30, 2014, the Phuket Provincial Court issued an arrest warrant, No. 799/2557, against SHAW. The Phuket Provincial Chief Public Prosecutor had the discretion to prosecute SHAW on the grounds of the offences relating to deprivation of the liberty of the person, unlawful detention, extortion, and robbery, according to sections 309, 310, 337 and 339 of the Thai Criminal Code, respectively.

8. The offenses for which SHAW has been charged are provided for in Article 2 of the Treaty cited above.

9. This request is urgent because of various factors. First, SHAW has shown, through the alleged actions associated with these charges, to have a strong propensity for violence. In addition, after the alleged crime took place, SHAW departed Phuket within only within a few days following the incident. Moreover, based on information in the request submitted by the Thai authorities, SHAW has traveled recently to Italy and Canada. Finally, based on the request submitted by the Thai authorities, the Thai authorities have a reliable source who has indicated that SHAW is residing with his girlfriend at 2274 South Ocean Blvd., Apartment 107, Palm Beach, Florida 33480, and is expected to move to a new apartment by the end of November. Shawn Abraham SHAW was initially believed to be residing with his girlfriend at 2274 South Ocean Blvd., Apartment 107, Palm Beach, Florida 33480. However, the U.S. Marshals have confirmed SHAW's actual location to be 2774 South Ocean Blvd., Apartment 107, Palm Beach, FL 33480 (not building "2274," as originally thought.)   According to the Thai request, SHAW is a United States citizen, born on November XX, 1971, and holds a U.S. passport, no. 481335591.

10. The Requesting State has represented that it will submit a formal request for extradition,

supported by the documents specified in the Treaty, within the time required under the Treaty.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the person named above be issued in accordance with Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and the Kingdom of Thailand, and that this complaint and arrest warrant be placed under the seal of the court, except as disclosure is needed for its execution, until such time as the warrant is executed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
AURORA FAGAN
Assistant United States Attorney
FL Bar No. 188591
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33402
561-820-8711

Sworn to before me and subscribed in my presence this 25th day of November, 2014.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.

In the Matter of the
Extradition of
Shawn Abraham SHAW,
a.k.a. Shawn Abraham
to Thailand

Defendant.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No 188591
500 S. Australian Ave., Ste 400
West Palm Beach, FL 33402
TEL (561) 820-8711
FAX (561) 802-1787